## OREGON MESABI CORPORATION v. C. D. JOHNSON LUMBER CORPORATION.

No. 11569.

Circuit Court of Appeals
Ninth Circuit.
Aug. 18, 1948.

For former opinion, see 166 F.2d 997.

Laing, Gray & Smith, Henry S. Gray, and John R. Becker, all of Portland, Or., for appellant.

King, Wood, Miller & Anderson and Robert S. Miller, all of Portland, Or., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

The appellee moves for a recall of the mandate and for a modification of our judgment and the mandate to provide:

"The judgment [below] is modified by striking out the phrase 'and said lands are appropriated to and vested in the said plaintiff as an unlimited easement with the right to the exclusive use thereof, subject to the right of the defendant, Oregon Mesabi Corporation, to make such necessary crossings of said right of way as will not unreasonably interfere with the use of said right of way by plaintiff' and inserting in lieu thereof 'and said lands are appropriated to the said plaintiff as an ordinary easement subject to the right of the defendant, Oregon Mesabi Corporation, to make such use of said right of way as will not unreasonably interfere with the use of said right of way by plaintiff as a logging road.' ·

"The judgment as thus. modified is affirmed."

The district court may consider this offer of the appellee in connection with the making of its complaint more definite as to the property sought to be condemned. On proper pleadings the question of damages may then be tried. This court is in no position to assess damages either as to the effect of the condemnation on the logging costs of appellant, of the increased fire hazard or other factors detrimental to appellant.

The motion is denied.

## OREGON MESABI CORPORATION, Appellant, v. C. D. JOHNSON LUMBER CORPORATION, Appellee.

No. 11570.

Circuit Court of Appeals
Ninth Circuit.
Aug. 18, 1948.

CHAPMAN et al. v. UNITED STATES.
No. 3608.

Circuit Court of Appeals
Tenth Circuit.
Aug. 9, 1948.

Rehearing Denied Aug. 30, 1948.

Writ of Certiorari Denied Nov. 8, 1948.
See 69 S.Ct. 134.

Laing, Gray & Smith, Henry S. Gray, and John R. Becker, all of Portland, Or., for appellant.

King, Wood, Miller & Anderson and Robert S. Miller, all of Portland, Or., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

The motion of appellant to recall the mandate and for modification of judgment is denied for the reasons stated in the denial of a similar motion in 169 F.2d 639, this day filed.

OREGON MESABI CORPORATION, Appellant, v. C. D. JOHNSON LUMBER CORPORATION, Appellee.
No. 11570.

Circuit Court of Appeals
Ninth Circuit.
Aug. 18, 1948.

Laing, Gray & Smith, Henry S. Gray, and John R. Becker, all of Portland, Or., for appellant.

King, Wood, Miller & Anderson and Robert S. Miller, all of Portland, Or., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Appellee's motion is denied for the reasons stated in the order denying a similar motion by appellee in, 169 F.2d 640, this day filed.